# UNITED STATES DISTRICT COURT

# DISTRICT OF RHODE ISLAND

| | |
|---|---|
| MICHAEL P. TATRO,<br>             Plaintiff,<br><br>vs.<br><br>DISCOVER FINANCIAL SERVICES, LLC, a Delaware Limited Liability Company; MACY'S RETAIL HOLDINGS, INC. a New York Corporation; FDS BANK, FSB, a Federal Savings Bank; TARGET CORPORATION, a Minnesota Corporation; TARGET ENTERPRISES, INC., a Minnesota Corporation; TD BANK USA, N.A., a National Banking Association; BARCLAYS BANK DELAWARE, a Delaware corporation; APPLE, INC.; a California Corporation, TATE & KIRLAN ASSOCIATES, INC., a Pennsylvania Corporation; DEBTSY, INC., A New York Corporation,,<br>             Defendant. | Civil No.<br><br>**DEFENDANT DISCOVER FINANCIAL SERVICES, LLC'S NOTICE OF REMOVAL OF ACTION FROM STATE COURT TO FEDERAL COURT PURSUANT TO 28 U.S.C. §§ 1332, 1441 AND 1446**<br><br>[Removal from Superior Court of Rhode Island County of Kent, Case No. KC-2019-1400] |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, AND TO THE PLAINTIFF AND ITS ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that, pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Discover Financial Services, LLC ("Discover"), hereby removes the above-referenced case from the Superior Court of the State of Rhode Island for the County of Kent to the United States District Court for the District of Rhode Island.  Discover pleads as follows regarding the grounds for removal:

1.   An action was filed on December 12, 2019 in the Rhode Island Superior Court, Kent County, entitled Tatro v. Discover Financial Services, et al., Case No. KC-2019-1400 (the "State Court Action").

2.   Discover was served with the Complaint on January 9, 2020.

3. This Notice is being filed with this Court within twenty (20) days after Discover was served with a copy of Plaintiff's initial pleading setting forth the grounds for his action and his claims for relief.

4. This Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, in that this is a civil action arising under the Constitution, laws or treaties of the United States; specifically 15 U.S.C. § 1681 et seq., otherwise known as the Fair Credit Reporting Act ("FCRA"), as follows:

(a) Plaintiff's Complaint, on its face, alleges a violation of the FCRA. (See Plaintiff's Complaint).

(b) The FCRA, pursuant to 15 U.S.C. § 1681(p), provides that any action alleging a violation of its provisions "may be brought in any appropriate United States district court without regard to the amount in controversy . . ."

5. Promptly after the filing of this Notice of Removal, Discover shall give written notice of the removal to Plaintiff and to the Clerk of the Kent County Superior Court, Rhode Island, as required by 28 U.S.C. § 1446(d).

6. Attached hereto, as Exhibit A, are copies of the Summons and Complaint served upon Discover in the State Court Action.

7. Discover has confirmed that the docket for the action in the Kent County Superior Court, Rhode Island, has no document or file suggesting any other Defendant has been served. To the best of Discover's knowledge, no other named Defendant in this matter has been served as of the date and time of this Notice Of Removal.

WHEREFORE, Discover requests that the above-described action be removed to this Court.

Dated: January 29, 2020

By: /s/ David A. Casale
DAVID A. CASALE, RI State Bar No 8198
REED SMITH, LLP
Global Customer Centre
20 Stanwix Street, Suite 1200
Pittsburgh, PA 15222

        Tel:  412.288.5937
        Fax : 412.288.3063
        Email: dcasale@reedsmith.com

        KARLA KRAFT
        KATIE BEAUDIN
        Attorneys for Defendant
        Discover Financial Services, Inc.

        and

        STRADLING YOCCA CARLSON & RAUTH
        A Professional Corporation
        660 Newport Center Drive, Suite 1600
        Newport Beach, CA 92660-6422
        Telephone:  (949) 725-4000
        Facsimile:  (949) 725-4100
        Email:  kkraft@sycr.com
        kbeaudin@sycr.com