UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| **MICHAEL P. TATRO** | : | |
| | : | C.A. No. 1:20-cv-00042 |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **DISCOVER FINANCIAL SERVICES, LLC,** a Delaware Limited Liability Company; **MACY'S RETAIL HOLDINGS, INC.** a New York Corporation; **FDS BANK, FSB,** a Federal Savings Bank; **TARGET CORPORATION,** a Minnesota Corporation; **TARGET ENTERPRISES, INC.,** a Minnesota Corporation; **TD BANK USA, N.A.,** a National Banking Association; **BARCLAYS BANK DELAWARE,** A Delaware Corporation; **APPLE, INC.,** a California Corporation; **TATE & KIRLAN ASSOCIATES, INC.,** a Pennsylvania Corporation; **DEBTSY, INC.,** a New York Corporation. | : : : : : : : : : : : | |
| Defendants. | : | |

## MOTION TO DISMISS COMPLAINT FOR FAILURE TO STATE A CLAIM ON WHICH RELIEF CAN BE GRANTED AND/OR LACK OF SUBJECT-MATTER JURISDICTION

Pursuant to Rules 12(b)(1) and (6) of the Federal Rules of Civil Procedure, Defendant Debtsy, Inc. respectfully requests that this Court dismiss Plaintiff Michael P. Tatro's Complaint in the above-captioned action, because the allegations in Plaintiff's Complaint fail to state a legally cognizable claim upon which relief may be granted and because Plaintiff Tatro lacks standing. In support of its Motion, Debtsy, Inc. submits the accompanying Memorandum of Law.

Dated:  January 14, 2021

>Respectfully submitted,
>
>Defendant,
>DEBTSY, INC.,
>By its attorney,
>
>/s/ *Robert E. Craven, Jr.*
>Robert E. Craven, Jr. (#10116)
>ADLER POLLOCK & SHEEHAN P.C.
>One Citizens Plaza, 8th Floor
>Providence, RI 02903
>Tel:  (401) 274-7200
>Fax:  (401) 351-4607
>rcraven@apslaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed the foregoing Motion to Dismiss through the ECF system on the 14th day of January, 2021, and that notice will be sent electronically to all counsel who are registered participants identified on the Mailing Information for Case C.A. No. 1:20-cv-00042 and by mail to:

>Michael P. Tatro
>400 Narragansett Parkway, ND-6
>Warwick, Rhode Island 02888
>(401)-391-8513
>Mpt143@outlook.com

>*/s/ Robert E. Craven, Jr.*